IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CIVIL ACTION NO. 3:24cv251-MPM-RP

MICHAEL LOVE     DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Michael Love. Based on the certified financial information provided by Defendant, and in recognition of his cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Michael Love in the sum of $42,679.69 (which specifically includes $37,679.69 for the Payroll Protection Program loans (loan numbers 7498758905 and 6371079003 and $5,000.00 for bank processing fees), plus a separate service of process fee of $225.14, plus $405.00 for the court filing fee and a separate deposition fee of $468.25. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Michael Love agrees that the sum owed, $42,679.69, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate service of processing fee of $225.14, a separate $405.00 filing fee and a separate deposition fee of $468.25 pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Michael Love pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum

monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Michael Love will be credited to his outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the ___12th___ day of ___September___, 2024.

                                                  UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

John E. Gough, Jr. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

Michael Love – *Pro se* defendant